1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5    JEFF S. HARNDEN,                          1:07-cv-01319-AWI-GSA-PC

6
                    Plaintiff,                 ORDER ADOPTING FINDINGS &
7                                              RECOMMENDATIONS
           vs.                                 (Doc. 12)
8
     CALIFORNIA, et al.,                        ORDER DENYING PLAINTIFF'S MOTION
9                                              FOR PRELIMINARY INJUNCTION
                    Defendants.                (Docs. 4, 5)
10   _____/

11         Jeff S. Harnden ("plaintiff") is a state prisoner proceeding pro se and in forma

12   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

13   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

14         On March 31, 2008, findings and recommendations were entered, recommending that

15   plaintiff's motion for preliminary injunctive relief, filed on September 28, 2008, be denied.  On April

16   21, 2008, plaintiff filed objections to the findings and recommendations.

17         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

18   305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

19   file, the court finds the findings and recommendations to be supported by the record and proper

20   analysis.   Just as the complaint and motion for a preliminary injunction contained a rambling

21   narrative, so do the objections.   Plaintiff again discusses what appears to be a prior rape, the failure

22   to provide Plaintiff with medical care, possible retaliation by guards, and the danger he and his

23   family are in from other inmates.   These allegations in their current form do not meet the standard

24   for a preliminary injunction because Plaintiff cannot show the likelihood of success on the merits of

25   such an unclear motion.   Plaintiff's allegations are also difficult to interpret and inconsistent.    In

26   the motion for a preliminary injunction, it appeared Plaintiff's primary request was to be separated

27   from Inmate Batten; Yet in the objections, Plaintiff requests Inmate Queen to be moved.   Thus, the

28   objections provide no basis to not adopt the Findings and Recommendations.

1    Accordingly, THE COURT HEREBY ORDERS that:

2        1.      The Findings and Recommendations issued by the Magistrate Judge on March

3                31, 2008, are adopted; and

4        2.      Plaintiff's motion for preliminary injunctive relief, filed September 28, 2007,

5                is DENIED.

6

7   IT IS SO ORDERED.

8   **Dated:    May 7, 2008**                                    **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28