SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey S. Harnden, | No. CV 1-07-01319-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| California, et al., | |
| Defendants. | |

TO: The Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814

An Order filed on October 25, 2007, required the Director of the California Department of Corrections or his designee to collect payments from the inmate account of Plaintiff Jeffrey S. Harnden (H-31120) to pay the statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). (Doc.# 9.) Because Plaintiff was improvidently granted leave to proceed *in forma pauperis* in this action, that Order has been vacated. Consequently, any funds collected for the filing fee in this action will be ordered restored to Plaintiff's inmate account.

**IT IS ORDERED**:

(1) The Director of the California Department of Corrections or his designee must cease collecting payments from Plaintiff's prison trust account in connection with this case.

1    (2)    Financial Administration for the Fresno Division of the United States District Court for the Eastern District of California must refund all sums received for the filing fee in this action to the Director of the California Department of Corrections to be credited to the prison inmate trust account for Plaintiff Jeffrey S. Harnden, H-31120.

(3)    The Clerk of Court is directed to serve a copy of this Order on the Director of the California Department of Corrections, 1515 S. Street, Sacramento, California 95814

(4)    The Clerk of Court must serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

DATED this 13th day of February, 2009.

_____
Mary H. Murguia
United States District Judge